IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>PHILLIP CHISHOLM and CHESTER JENKINS,<br><br>    Defendants. | CASE NO. CV419-158 |

## O R D E R

Before the Court is Plaintiff Globe Life and Accident Insurance Company's ("Globe Life") Motion for Discharge (Doc. 22), which Defendant Phillip Chisholm does not oppose (Doc. 23). Globe Life brought this interpleader action to resolve potentially conflicting claims to proceeds of a life insurance policy issued by Globe Life based on the death of Sandra Thomas. (Doc. 11 at ¶¶ 6, 21.) On August 6, 2020, Globe Life deposited into the registry of the Court $41,229.05, representing the insurance proceeds in dispute under the policy plus interest. (Doc. 21.) Because Globe Life is a disinterested stakeholder in this action and has deposited the required funds into the registry of the Court, Globe Life is discharged from any further liability under the policies. Accordingly, Globe Life's Motion for Discharge is

**GRANTED**, and Globe Life is **DISMISSED WITH PREJUDICE** from this action.[1]

SO ORDERED this 1ST day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While Globe Life requested attorneys' fees and costs in its complaint (Doc. 11 at 6), Globe Life made no formal request for attorneys' fees or costs in its motion for discharge. As a result, the Court declines to award Globe Life attorneys' fees or costs. Transamerica Life Ins. Co. v. Bell, No. 1:19-CV-1552-MHC, 2020 WL 4730984, at *1 (N.D. Ga. Mar. 26, 2020) ("The decision as to whether a court should award attorney's fees and costs to the disinterested stakeholder in an interpleader action is discretionary.").