UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,[1] | ) ) ) | |
| Stakeholder-Plaintiff, | ) ) | |
| v. | ) ) | CV419-158 |
| PHILLIP CHISHOLM and CHESTER JENKINS, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), the parties are to confer "as soon as practical" and submit to the Court a proposed discovery plan. Fed. R. Civ. P. 26(f). No report has yet been filed. The parties are **DIRECTED** to confer and submit their rule 26(f) within fourteen days of this Order. The Clerk of Court is **DIRECTED** to include with this Order

---

[1] The stakeholder was terminated by Judge Moore's Order, entered December 1, 2020. Doc. 24. The Clerk shall not serve any further papers upon the terminated party.

a copy of the General Order pertaining to Rule 26(f) issued in cases assigned to Judge Moore.

**SO ORDERED**, this 11th day of January, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA