IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Interpleader Plaintiff, ) ) v. ) ) PHILLIP CHISHOLM and CHESTER ) JENKINS, ) ) Defendants. ) ) | CASE NO. CV419-158 |

## O R D E R

Before the Court is Defendant Phillip Chisholm's Motion to Disburse Registry Funds and Brief in Support Thereof. (Doc. 36.) On July 28, 2020, the Court granted Interpleader Plaintiff Globe Life and Accident Insurance Company's Motion to Deposit Funds into the Registry of the Court. (Doc. 20.) On August 6, 2020, Globe Life deposited $41,229.05 into the Court's Registry. (Doc. 21.) On December 14, 2021, the Court granted Defendant Chisholm's Motion for Summary Judgment and instructed Defendant to file the appropriate motion to disburse the funds from the Court registry.[1] (Doc. 35.) Having now complied with the Court's instruction and

---

[1] Consistent with the Court's order granting Defendant Chisholm's motion for summary judgment, the Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant Chisholm and to close this case.

upon careful consideration, the Court **GRANTS** Defendant Chisholm's motion. (Doc. 36.) Accordingly, it is **HEREBY ORDERED** and **ADJUDGED**:

The Clerk of Court is **DIRECTED** to **DISBURSE** $41,229.05 currently held in the registry of the Court, plus any accrued interest, minus ten percent of the income earned as provided by Southern District of Georgia Local Rule 67.3,[2] to Savage, Turner, Pinckney & Savage, P.C., attorneys for Defendant Phillip Chisholm (payee), P.O. Box 10600, Savannah, Georgia 31412.

ORDERED this 18th day of January 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] "The amount of the fee shall be ten (10%) percent of the income earned regardless of the nature of the case underlying the investment. The collection of said fee shall be at the time any distribution of funds is made by the Clerk of Court by a valid order of this Court, and without the necessity of any further order of this Court." S.D. Ga. L.R. 67.3.