AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,

    Interpleader Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV419-158

PHILLIP CHISHOLM and CHESTER JENKINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Orders of the Court dated December 14, 2021, and January 18, 2022, Judgment is hereby entered in favor of the Defendant Phillip Chisholm. Therefore, the Clerk of Court is directed to disburse $41,229.05 currently held in the registry of the Court, plus any accrued interest, minus ten percent of the income earned as provided by Southern District of Georgia Local Rule 67.3, to Savage, Turner, Pinckney & Savage, P.C., attorneys for Defendant Phillips Chisholm (payee), P.O. Box 10600, Savannah, Georgia 31412. This case stands closed.



| January 18, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cashell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020