IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GLOBE LIFE AND ACCIDENT )
INSURANCE COMPANY, )
)
    Interpleader Plaintiff, )
)
v. )          CASE NO. CV419-158
)
PHILLIP CHISHOLM and CHESTER )
JENKINS, )
)
    Defendants. )
_____ )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal
pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc.
43.) Accordingly, the parties' request (Doc. 43) is **GRANTED**, and
this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its
own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to
close this case.

SO ORDERED this ___18th___ day of April 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA